

# Fourth Court of Appeals
## San Antonio, Texas

November 24, 2021

No. 04-18-00411-CV

**REPSOL OIL AND GAS USA, LLC** as successor of Talisman Energy USA Inc, Statoil Texas
Onshore Properties, LLC, and Statoil Pipelines, LLC, and OGE, LLC,
Appellants

v.

**MATRIX PETROLEUM, LLC**, Matrix Petroleum Holdings LLC, JAR Resources Holdings,
L.P., and TMRX Petroleum, LLC,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 14-08-00158-CVL
Honorable Russell Wilson, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
             Luz Elena D. Chapa, Justice
             Beth Watkins, Justice

On November 16, 2021, the Matrix parties and OGE filed unopposed motions for leave to
file post-submission briefs. We GRANT the parties' motions and ORDER that the other parties
may file responses to the post-submission briefs on or before December 23, 2021. We further
ORDER that no party may file a reply brief.

It is so **ORDERED** November 24, 2021.

**PER CURIAM**

ATTESTED TO: _____
             MICHAEL A. CRUZ,
             CLERK OF COURT